COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBII LAVERN HUTSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE PENNSYLVANIA STATE UNIVERSITY, a Foreign Non-Profit Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-00341-JCM-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT THE PENNSYLVANIA STATE UNIVERSITY WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Bobbii Lavern Hutson ("Plaintiff") and Defendant, The Pennsylvania State University ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 11th day of May, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 11th day of May, 2021.

HOLLAND & HART LLP

By: */sJoseph G. Went*
    Joseph G. Went, Esq.
    Nevada Bar No. 9220
    Lars K. Evensen, Esq.
    Nevada Bar No. 8061
    9555 Hillwood Drive, 2nd Floor
    Las Vegas, NV 89134
    *Attorneys for Defendant The Pennsylvania State University*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

May 17, 2021
_____
DATE