# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBII LAVERN HUTSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00341-JCM-NJK<br><br>**ORDER** |

On April 14, 2021, Plaintiff Bobbii Lavern Hutson and Defendant Trans Union, LLC filed a notice advising the Court that they had reached a settlement and that a stipulation of dismissal would be filed within 60 days. Docket No. 5. To date, these parties have neither filed a stipulation of dismissal nor requested an extension to do so. *See* Docket. Accordingly, these parties are hereby **ORDERED** to file a stipulation of dismissal, no later than June 22, 2021.

IT IS SO ORDERED.

Dated: June 15, 2021

                                                                                        _____
                                                                                        Nancy J. Koppe
                                                                                        United States Magistrate Judge

1